Dana A. Henkel (dana@fhht.law)
Faure Holden Henkel Terrazas, PC
PO Box 9077
Missoula, MT 59807
Telephone: 406-541-2550

Katie R. Ranta (katie@fhht.law)
Faure Holden Henkel Terrazas, PC
1314 Central Avenue
PO Box 2466
Great Falls, MT 59403
Telephone: (406) 452-6500
Fax: (406) 452-6503

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| AARON ROSENKRANTZ,<br><br>               Plaintiff,<br>vs.<br><br>LOW KEY SERVICES, LLC,<br><br>               Defendant. | Cause No.<br><br>**NOTICE OF REMOVAL** |

Defendant Low Key Services, LLC d/b/a Common Sense

Compressor, respectfully submits this Notice of Removal.

This Court has original jurisdiction over this case pursuant to 28

U.S.C. § 1332 because Plaintiff Aaron Rosenkrantz ("Plaintiff") is a citizen

of Montana and Defendant Low Key Services, LLC ("Low Key") is a citizen

of Idaho for purposes of diversity jurisdiction. Accordingly, pursuant to 28

U.S.C. §§ 1441 and 1446, Low Key files this Notice of Removal of the above-captioned action from the Montana Eleventh Judicial District Court, Flathead County, where it is now pending, to the United States District Court for the District of Montana, Missoula Division.

## I. FACTUAL BACKGROUND

1. Low Key employed Plaintiff until March 15, 2024.

2. Plaintiff is a citizen of the State of Montana.

3. Plaintiff filed this lawsuit in the Montana Eleventh Judicial District Court, Flathead County on February 12, 2025. Exhibit 1.

4. Low Key was served with a Summons and a copy of the Complaint on June 13, 2025, beginning the 30-day removal period pursuant to 28 U.S.C. § 1446(b)(1). *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344 (1999). Exhibit 2.

5. Other than the Summons and Complaint, no other pleadings, process or orders have been served on Defendant.  Defendant did not respond to the complaint in state court.

6. Low Key is a citizen of the State of Idaho with its principal place of business in Idaho.

7. Low Key's sole member is Scott Lockie. Lockie is a citizen of the State of Idaho.

## II. **LEGAL ANALYSIS**

### A. Applicable Legal Standards.

8.  A civil case brought in a state court may be removed by a defendant to federal court if it could have been brought there originally. 28 U.S.C. § 1441(a).

9.  A federal district court has original "diversity" jurisdiction when the suit is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest. 28 U.S.C. § 1332(a).

10. "A limited liability company 'is a citizen of every state of which its owners/members are citizens,' not the state in which it was formed or does business." *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 612 (9th Cir. 2016) *quoting Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).); *Durbin v. Welcov Healthcare, LLC*, 2018 U.S. Dist. LEXIS 173701, 2018 WL 4898578 (D. Mont., Oct. 18, 2018); *Nunez v. Dean Foods Vegetable Co.*, 2016 U.S. Dist. LEXIS 11109; 2016 WL 4445742 (C.D. Cal. Aug. 22, 2016).

### B. The Parties are Citizens of Different States

11.     Plaintiff Rosenkrantz is a citizen of the State of Montana

12.     Defendant Low Key is a citizen of the State of Idaho.

## C. The Amount in Controversy Exceeds $75,000

13.  Plaintiff's Complaint does not state a definite amount of damages but asserts a claim for Wrongful Discharge and requests money damages and attorney fees.

14.   Plaintiff's annual salary was approximately $89,700. He also earned benefits. Under Montana's Wrongful Discharge from Employment Act, a plaintiff is limited to four years of lost wages and benefits. If Plaintiff were to prevail, a potential damage award may approach $350,000. This exceeds the jurisdictional amount.  Accounting for the money damages and attorney fees, the amount in controversy is well over $75,000. Accordingly, this matter may be removed to this Court.

## D. Low Key Meets the Procedural Requirements for Removal

15.  True and correct copies of the Complaint filed in the Montana Eleventh Judicial District Court, Flathead County, and the Notice of Service of Process are attached to this Notice of Removal as Exhibits 1 and 2.

16.  The Montana Eleventh Judicial District Court, Flathead County, in which this action was commenced, is within this Court's district and division. L.R. 1.2(c)(3).

17.    This Notice of Removal is filed within 30 days of Low Key's receipt of the Complaint by service or otherwise, setting forth the claim for relief upon which this action is based and upon which it could first be ascertained that this case is removable, and is timely filed pursuant to 28 U.S.C. § 1446.

18.    Low Key preserves all other bases for removal of this action to this Court.

19.    Venue is proper in the Missoula Division as this Division includes Flathead County under Rule 1.2(c)(5) of the Local Rules of Procedure of the United States District Court for the District of Montana. Plaintiff resides in Flathead County. If, as here, the Defendant is a foreign entity and does not reside in Montana, venue by statute is proper in "the county in which the plaintiff(s) resides." Mont. Code Ann. §§ 25-2-118(2); 25-2-122(2)(a).

20.    A Notice of Filing of this Notice of Removal will be filed with the Montana Eleventh Judicial District Court, Flathead County, and a copy of this Notice of Removal will be served upon Plaintiff's counsel.

WHEREFORE, Low Key hereby removes the above- described action now pending in the Montana Eleventh Judicial District Court,

Flathead County, to the United States District Court for the District of

Montana, Missoula Division.

Dated this 2nd day of July, 2025.

FAURE HOLDEN HENKEL TERRAZAS, PC


By: /s/ Dana A. Henkel_____

Dana A. Henkel


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2025, I electronically filed the foregoing document, with the U.S. District Court, and served the same by U.S. Mail, postage prepaid, on counsel of record listed below. Notice will automatically be electronically mailed to individuals who are registered with the U.S. District Court CM/ECF System:

Plaintiff Aaron Rosenkrantz
c/o Adrienne M. Tranel, Esq.
AT Legal, P.C.
401 Washington Street, Suite 301
Missoula, Montana 59802
Attorneys for Plaintiff

BY: /s/ Dana A. Henkel
Dana A. Henkel
Faure Holden Henkel Terrazas, P.C.
Attorneys for Defendant