IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

AARON ROSENKRANTZ,

Plaintiff,

vs.

LOW KEY SERVICES, LLC, d/b/a COMMON SENSE COMPRESSOR, a Montana Limited Liability Company,

Defendant.

CV 25-102-M-KLD

ORDER

Pursuant to the Court's prior order (Doc. 30), Plaintiff Aaron Rosenkrantz filed a notice of voluntary dismissal with prejudice. (Doc. 31). Plaintiff requests that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 2nd day of November, 2026.

Kathleen L. DeSoto

Kathleen L. DeSoto
United States Magistrate Judge